UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60205-UK-Ruiz/Strauss

52 U.S.C. § 20511(1)(B)

UNITED STATES OF AMERICA

vs.

JOSHUA DAVID LUBITZ,

        Defendant.

_____/

FILED BY _____ D.C.

OCT 06 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Sunrise Senior Center, located in Broward County, Florida, was a facility that provided services for residents aged fifty-five and older.

2. From August 13, 2022, to August 21, 2022, the Sunrise Senior Center also was utilized as an early voting site for the primary election.

3. The ballot for the August primary election included candidates for United States Senate and the United States House of Representatives.

### COUNT 1

The General Allegations set forth above in paragraphs 1 through 3 are realleged and incorporated as though fully set forth herein.

On or about August 17, 2022, in Broward County, in the Southern District of Florida, the defendant,

## JOSHUA DAVID LUBITZ,

in an election for federal office, did knowingly and willfully intimidate, threaten, and coerce, and attempt to intimidate, threaten and coerce a person for aiding any person to vote and to attempt to vote, that is, while he and others were being assisted by election workers, the defendant stated, in sum and substance, should I kill them one by one or should I blow the place up, and thereafter pointed his finger and thumb in a gun-like fashion towards election workers, in violation of Title 52, United States Code, Section 20511(1)(B).

A TRUE BILL.

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
HARRY C. WALLACE, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-60205-CR-Ruiz/Strauss

v.

JOSHUA DAVID LUBITZ

_____/
**Defendant.**

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☑ FTL
- ☐ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
Harry C. Wallace, Jr.
Assistant United States Attorney
FL Bar No.    0623946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  JOSHUA DAVID LUBITZ

**Case No**: _____

**Count 1:**

Intimidation in Voting

Title 52, United States Code, Sections 20511(1)(B)

* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**