UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

| | | | |
|---|---|---|---|
| DEFT: | JOSHUA LUBITZ (B)# | CASE NO: | 22-60205-CR-RUIZ |
| AUSA: | H. WALLACE (B. BROWN DUTY AUSA) | ATTY: | JONATHAN FRIEDMAN (TRIAL ONLY) |
| USPO: | | VIOL: | |
| | | | 52:U.S.C.§ 20511 |
| PROCEEDING: | REPORT RE COUNSEL AND ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND/PTD HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

| | | |
|---|---|---|
| ❑ | All standard conditions | **DEFENDANT PRESENT IN COURT WITH COUNSEL** |
| ❑ | Do not encumber  property. | **JONATHAN FRIEDMAN ENTERED A PERMANENT** |
| ❑ | Surrender and / or do not obtain passports / travel documents. | **APPEARANCE** |
| ❑ | Rpt to PTS as directed /  or_ x's a week/month by phone; _ x's a week/month in person. | **READING OF INDICTMENT WAIVED** |
| ❑ | Random  urine testing by Pretrial Services. _____ Treatment as deemed necessary. | **NOT GUILTY PLEA ENTERED** |
| ❑ | Maintain or seek full - time employment. | **JURY TRIAL DEMANDED. SDO REQUESTED** |
| ❑ | No contact with victims / witnesses. | |
| ❑ | No firearms. | |
| ❑ | Electronic Monitoring: | |
| ❑ | Travel extended to: | **\*\*BRADY ORDER ENTERED TODAY \*\*** |
| ❑ | Other: | |

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT  RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| ARRAIGN OR PRELIM HRG: | | | | |
| STATUS RE RULE 20/REMOVAL HRG | | | | |

| 10/13/22 | TIME: | 11:00 AM | FTL/TAPE/# JMS- | Begin | DAR: |

[7 MINUTES] \*\*\* RECORDED IN ROOM 203-D COURTROOM\*\*
\*\*\*THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT \*\*\* (YES OR NO) DAR: 10:59:30-11:02:40