UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-60205-RUIZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSHUA DAVID LUBITZ,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF EXPERT EVIDENCE OF A
MENTAL HEALTH CONDITION**

COMES NOW, the Defendant, JOSHUA DAVID LUBITZ, by and through his undersigned attorney and pursuant to Fed. R. Crim. P. 12.2, provides this notice to the government of Expert Evidence of a Mental Health Condition and provides the following name and address of the expert witness who would testify in the above styled case.

**Michael P. Brannon, Psy.D.
The Institute for Behavioral Sciences and the Law
11760 W. Sample Road, #103
Coral Springs, Florida 33065**

.                                    Respectfully submitted by,

                                    JONATHAN S. FRIEDMAN, P.A.
                                    ATTORNEY FOR DEFENDANT
                                    101 N.E. 3RD AVE.
                                    SUITE 1500
                                    FORT LAUDERDALE, FLORIDA 33301
                                    TELEPHONE: (954) 713-2820
                                    FACSIMILE: (754) 301-5109

                                    /S/ Jonathan S. Friedman
                                    JONATHAN S. FRIEDMAN, ESQ.

FLORIDA BAR NUMBER: 973297

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2022, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　 /S/ Jonathan S. Friedman
　　　　　　　　　　　　　　　　　　　　JONATHAN S. FRIEDMAN, ESQ.