UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60205-CR-RUIZ

UNITED STATES OF AMERICA

vs.

JOSHUA DAVID LUBITZ,

    Defendant.
_____/

### THE UNITED STATES' MOTION FOR PRETRIAL MENTAL HEALTH EXAMINATION FOR DETERMINATION OF MENTAL HEALTH CONDITION

**THE UNITED STATES OF AMERICA**, by and through the undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 12.2(c), for a pretrial mental health examination of the defendant to determine whether he was suffering from a mental disease or defect or any other mental condition bearing on the issue of guilt at the time of the offense alleged in the indictment pending against him. In support of its motion, the government states the following:

1. The Notice of Expert Evidence of a Mental Health Condition filed by defense counsel on December 20, 2022, was submitted pursuant to Fed. R. Crim. P. 12.2 (D.E. 18), but it does not indicate whether it was pursuant to subsection (a) or subsection (b). Consequently, the government relies upon the title of the pleading in concluding that it invokes Subsection (b).

2. The filing of the Notice of Expert Evidence of a Mental Health Condition places the government on notice that the defendant intends to introduce expert testimony relating to a mental disease or defect or some other mental condition of the defendant bearing upon the issue of his guilt.

3. Pursuant to Fed. R. Crim. P. 12.2(c), upon the filing of such notice by the defendant, this court may order that the United States is entitled to a mental health examination of the defendant to determine whether he had a mental disease or defect or any other mental condition bearing on the issue of guilt at the time of the offense alleged in this case.

**WHEREFORE**, the government respectfully requests that the defendant be ordered to undergo a pretrial mental health examination to determine the existence of mental disease or defect or any other mental condition bearing on the issue of guilt at the time of the offense alleged in the indictment in this case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ *Harry C. Wallace, Jr.*
HARRY C. WALLACE, JR.
Assistant United States Attorney
Florida Bar No. 0623946
99 NE 4th Street, Suite 800
Miami, Florida 33132
harry.wallace@usdoj.gov
Tel: (305) 961-9401
Fax: (305) 536-4675

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 22, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ *Harry C. Wallace, Jr.*
HARRY C. WALLACE, JR.
Assistant United States Attorney