UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-60205-RUIZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA DAVID LUBITZ,

        Defendant.
_____/

### DEFENDANT'S NOTICE OF STRIKING OBJECTION TO PARAGRAPH 8 OF PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, JOSHUA DAVID LUBITZ, by and through his undersigned counsel and hereby strikes the previously filed objection to paragraph 8 of the PreSentence Investigation Report. [DE 45].

                JONATHAN S. FRIEDMAN, P.A.
                ATTORNEY FOR JOSHUA DAVID LUBITZ
                101 N.E. 3RD AVE.
                SUITE 1500
                FORT LAUDERDALE, FLORIDA 33301
                TELEPHONE: (954) 713-2820
                FACSIMILE: (754) 301-5109
                EMAIL: JFRIEDMANLAWFIRM@GMAIL.COM

                */s/ Jonathan Friemdan*
                _____
                JONATHAN S. FRIEDMAN, ESQ.
                FLORIDA BAR NUMBER: 973297

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 18, 2023 the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, AUSA, United States Attorney Office- Southern District of Florida, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Jonathan Friemdan
_____
JONATHAN S. FRIEDMAN, ESQ.