The Honorable Rodolfo A. Ruiz II
Wilkie D. Ferguson, Jr US Courthouse
400 N. Miami Avenue
Courtroom 11-2
Miami, FL 33128

Dear Judge Ruiz:

We are Robert and Michele Lubitz, Joshua's father and mother. We love our son very much and have a very close very loving multi-generational family. I, Joshua's father, was a manufacturers rep for 30 years and have always valued this. Even though I am now retired, what I learned over those many years will stay with me always. We have lived in the same home, which we now own, for over 40 years. This is the home we raised our children and now grandchildren in. All our children and grandchildren live very close to us and we are grateful and proud of the bond we all share.

I, Joshua's mother, worked as a teacher for 24 years and this became a big part of how me and my husband raised our children. Our kids were raised with the expectation that they would do well in school and that this was extremely important to us. They all received good grades and had very few disciplinary problems. Josh had some adjustment issues in college and came home to try to recenter himself for the future.

Our son has suffered from Chronic Obsessive-Compulsive Disorder (OCD) for over 5 years now and we have not seen his symptoms abate in anyway over this time. His OCD symptoms include coughing multiple times before entering a room, touching things multiple times,

turning lights on and off multiple times, excluding himself from family events, excluding himself from a life period, issues with daily activities, and being unable to attend events with large crowds. Also he does tend to mumble to himself and speak to himself a lot. He may do this in public or while in a crowded area. He also may or may not be aware of the fact he is mumbling or that he is speaking to himself. This seems to be most serious when he is very worried or doing something that may cause him serious anxiety. This also tends to be one of the more serious symptoms of his OCD.

Even before being diagnosed with Chronic OCD Joshua was seeing a psychologist to help cope with these issues. When he was diagnosed he was prescribed medication which he stills takes. He is still seeing the psychiatrist that diagnosed him on a regular basis. He was able to afford these doctors because of the insurance provided by the jobs he use to work. His last insurance was with the affordable care act. When he was no longer able to work, the affordable care act insurance became way to expensive to afford and he hasn't had any form of insurance since then. He still needed his medication so we had him continue seeing the psychiatrist. He has always needed the help of a psychologist and when he gets the financial assistance he needs he will be able to begin seeing a psychologist again.

When he was no longer able to work, we do believe that seeing a psychologist would have been a great help for Joshua. He needed to talk to someone that knows about OCD and it's overwhelming side effects. We are positive this would have helped him in many ways we could not.

Josh is very intelligent and has extraordinary abilities. He has always

excelled at technology, working with people, and finding solutions to problems others could not. This has always helped him in the jobs he's worked in the past and at home as well.

Josh is so much more than his diagnosis. Joshua has always been a very special and gentle soul. He is a sensitive, considerate, empathetic, honest, interesting, and intelligent person whom we love with all of our hearts.

He enjoys taking long relaxing drives. These drives help him get out of the house and are very important to him. They allow him to clear his head, go out and see places, and just relax and are a very important part of his life. Sadly paying for the gas and automotive repairs are extremely difficult because me and wife financially support him entirely.

Joshua also loves spending time with his nephews. They are the largest and most constructive part of his life. Aden 5 and Liam 8 are also the greatest joys in his life and bring him such happiness. He does so much with them and they all learn so much from each other. He takes them to the library to read books, to the park to play, and to multicultural centers. He plays basketball, football, soccer, and baseball with them. Most importantly he swims with them in their pool at least 3 times a week. They love playing pool games and are amazing together. Again sadly he is extremely limited at what he is able to do with them becuase of our financial situation. Even so he does manage to do a lot of wonderful things with them.

We are heartbroken that he hasn't been able to work in the past 7 years and has stopped reaching any benchmarks of adulthood. As the

OCD and anxiety have gotten worse, Josh's world has gotten smaller. He stays home much of the time, except when visiting his siblings and nephews. He hasn't worked in 7 years and socializes outside the family very little. His talents are unrecognized outside the family and this is a tragedy.

To this day, Joshua has never been someone who seeks out any form of confrontation. He would rather walk away from anything unseemly than stay and exacerbate the situation. Actually, we're like that too. The whole family is.

We have struggled to financially support him on our retirement income alone, which is all we have to live on. This does seriously worry us about the future, but we will continue to help and support him in any way we can, along with the help of our family.

We truly believe our son is a warm, kind, and decent person and tries to be this always. We know in our hearts this is what will show through.

Sincerely,

Robert Lubitz and Michele Lubitz
9050 N.W. 24th St.
Sunrise, FL 33322
Cell: (954) 661-3656
Cell: (954) 478-5378

*Robert Lubitz*

*Michele Lif*