UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-60205-RUIZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA DAVID LUBITZ,

        Defendant.
_____/

**DEFENDANT'S MOTION FOR EARLY TERMINATION OF HOME DETENTION**

COMES NOW, the Defendant, JOSHUA DAVID LUBITZ, by and through his undersigned attorney and requests this Court to enter an order terminating his home detention early and converting the balance of his sentence to supervised release and as grounds would state the following:

1. The Defendant was initially charged with one count of voter intimidation, in violation of 52 U.S.C. § 220511(1)(B). [DE 1]. The incident took place on August 17, 2022 during the primary, early voting at the Sunrise Senior Center.  On May 10, 2023, the Defendant pled guilty and sentencing was set for July 24, 2023. [DE 39].

2. On July 24, 2023, the Court imposed the following sentence: Imprisonment- Time Served. Supervised release for a period of (3) three years, special conditions of supervision to include Home Detention with electronic monitoring for a period of 18 months. It was ordered that the Defendant shall remain at his place of residence except for employment and other activities approved in advance and provide the U.S. Probation Officer with requested documentation. [DE 55].

3. The Defendant will have served 12 months on home detention as of July 24, 2024, which is more than ½ of the term imposed.  The Defendant still has another 24 months of supervised release to serve.

4. The Defendant has been in full compliance with the conditions of home detention and supervised release.

5. The Defendant has accomplished a number of things while on supervised release /home detention, including, but not limited to the following: Building great rapport with supervised release officer, David Stwarka, having bi-monthly therapy sessions with a Psychologist where he discusses issues having to do with his mental health, continuing to see his psychiatrist to monitor medication as prescribed, volunteering at Morningday Community Solutions where he works in their warehouse helping sort and stock shelves for nonprofit organizations and help train other volunteers, attendance at the Faulk Center for Counseling at least one time per week where he attends support groups and builds rapport with other members, attendance at the 9Muses Art Center in Lauderhill, Florida where he attends support groups for those with mental health issues, also attends creative art sessions offering assistance to people to cope with expression, attends South County Mental Health Center in Delray Beach where he particpates in one on one sessions with social workers to help cope with anxiety and stress and participates in other creative activities and exercise, attends classes at the Southwest Regional Library in Davie, participating in computer classes, art exhibitions and group learning sessions, attends classes at the Pompano Beach Cultural Center participating in digital technology classes and other group events for the community, working to attend school in the fall through the BrowardUP training program through Broward College to obtain certifications in the I.T. field,

and continuing his efforts to receive social security disability benefits for his chronic O.C.D. Parents have hired a disability attorney and have attended a hearing before an administrative law judge who hopefully will make a decision over the next (3) three months.

6. As has been stated in the past, the Defendant has learned a great lesson as a result of this case and the restrictions placed on him for the last year. The Defendant has shown his ability to comply with restrictions and also actively participate in community events as permitted by his officer.

7. The Defendant continues to have a great relationship with his nephews.

8. The undersigned has reached out to the Defendant's Supervised Release/Home Detention officer. The undersigned attorney has communicated with Senior U.S. Probation Officer Stwarka who has advised that Mr. Lubitz has been compliant with his supervised release conditions including his home detention special condition.

9. The undersigned attorney has reached out to Assistant United States Attorney, Harry Wallace, and was advised that the government objects to the motion for early termination of home detention.

WHEREFORE, the Defendant, JOSHUA DAVID LUBITZ, for all of the reasons set forth above, respectfully requests this Honorable Court to enter an order terminating the special condition of home detention early.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR JOSHUA DAVID LUBITZ
101 N.E. 3RD AVE.
SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (754) 301-5109
EMAIL: JFRIEDMANLAWFIRM@GMAIL.COM

/s/ Jonathan Friemdan
_____
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 973297

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2024, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, AUSA, United States Attorney Office-Southern District of Florida, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.