UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60205-RAR

**UNITED STATES OF AMERICA**

vs.

**JOSHUA DAVID LUBITZ,**

    Defendant.

_____/

**ORDER ON MOTION FOR EARLY TERMINATION OF HOME DETENTION**

**THIS CAUSE** comes before the Court on the Motion for Early Termination of Home Detention, [ECF No. 61] ("Motion").  The Court having carefully considered the Motion, the record in this case, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **DENIED.**  The Court finds that the remaining period of home detention in this case, a special condition of supervised release carefully considered and imposed by the Court, is warranted "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense[.]"  18 U.S.C. § 3553(a)(2)(A).

**DONE AND ORDERED** in Miami, Florida, this 25th day of July, 2024.

                                                               **RODOLFO A. RUIZ II**
                                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record